March 16, 1984.

473 A.2d 665

Albright v. Zepp, Appellant.

Submitted December 13, 1983. Leslie Gorbey, for appellant; Michael E. Bortner, for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Order affirmed.